AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

MICHAEL JAY McCOLLUM,

    Plaintiff,

V.

STATE OF NEVADA, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3: 11-CV-00494-RCJ-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE to the filing of a new complaint in a new action.

| September 19, 2011 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
| | /s/ M. Campbell |
| | Deputy Clerk |